UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------X
FILOGONIO MIRANDA, INDIVIDUALLY AND
ON BEHALF OF OTHERS SIMILARLY SITUATED,

                       *Plaintiff*,

    --against --

17 Civ. 07997 (GBD)

BRICKLANE CURRY HOUSE TOO INC. (D/B/A
BRICKLANE CURRY HOUSE), BLCH I LLC
(D/B/A BRICK LANE CURRY HOUSE), AND
SATINDER SHARMA,

                       *Defendants*.
-------------------------------------------------X

**Notice of Motion for**
**Extension of Time to Answer**

Defendants hereby move for a Ten (10) day extension to answer the Complaint. Counsel for Plaintiff has been contacted and stated that he does not object to the extension.

Date:  November 9, 2017

                                                                  By:   *Julie Solarz*
                                                                       Julie Solarz
                                                                    Lehman LG LLC
                                                             244 5th Ave., B258
                                                            New York, NY 10001
                                             Attorney for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 9, 2017, I electronically filed the foregoing with the Clerk of the Court for the Southern District of New York by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*Julie Solarz*
Julie Solarz
Lehman LG LLC
Attorney for Defendants
