# Michael Faillace & Associates, P.C.

Employment and Litigation Attorneys

60 East 42nd Street, Suite 2540                                        Telephone: (212) 317-1200
New York, New York 10165                                             Facsimile: (212) 317-1620

February 12, 2018

**By ECF**
Hon. George B. Daniels
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

         Re:      Miranda, et al. v. Bricklane Curry House Too Inc., et al.
                   U.S.D.C., S.D.N.Y. Index No. 17-cv-07997 (GBD)

Your Honor:

        We represent the Plaintiff in the above-referenced matter. Plaintiff writes to respectfully request an extension of time from today to February 26, 2018 to respond to Defendants' motion to dismiss the First Amended Complaint. Defendants consent to this request, which is the parties' second request. The requested extension is necessary because a new mediation call has been scheduled in this matter for February 22, 2017, and the requested extension will permit the parties to potentially conserve litigation and judicial resources in the event a settlement is reached. In addition, Defendants have raised concern that they may file for bankruptcy prior to that date, which could potentially stay this matter. In light of these issues, and in the interest of conserving resources, Plaintiff respectfully requests an extension of time to February 26, 2018 to respond to Defendants' motion to dismiss the First Amended Complaint.

        Thank you for the Court's attention to this matter.

                                                                          Respectfully Submitted,

                                                                         /s/ Shawn Clark
                                                                         Shawn Clark

cc:      Brian Lehman, Esq. (via ECF)