**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

FILOGONIO MIRANDA,

                             Plaintiff,

             -against-

BRICKLANE CURRY HOUSE TOO INC. d/b/a
BRICK LANE CURRY HOUSE, BLCH I LLC
d/b/a BRICK LANE CURRY HOUSE and
SATINDER SHARMA,

                          Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 1 7 2018

ORDER

17 Civ. 7997 (GBD)

GEORGE B. DANIELS, United States District Judge:

      This Court having been advised that the parties have reached a settlement in principle, the

Clerk of the Court is hereby ORDERED to close the above-captioned action, without prejudice to

restoring the action to this Court's calendar if an application to restore is made within thirty (30)

days of this Order.

Dated: New York, New York
       September 17, 2018

                                   SO ORDERED.

                                   _George B Daniel_

                                   GEORGE B. DANIELS
                                   United States District Judge