UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
FILOGONIO MIRANDA,

                    Plaintiff,

    -against-

BRICKLANE CURRY HOUSE TOO, INC. d/b/a
BRICKLANE CURRY HOUSE, BLCH I LLC d/b/a
BRICK LANE CURRY HOUSE, and SATINDER
SHARMA,

                    Defendants.
------------------------------------- x

ORDER

17 Civ. 7997 (GBD)

GEORGE B. DANIELS, United States District Judge:

The parties in this FLSA action have reached a settlement and Plaintiff moves for an order approving the settlement. (ECF No. 43.) This Court, having reviewed the terms of the parties' settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), and the motion for settlement approval, together with the exhibits attached thereto, hereby GRANTS the motion and FURTHER ORDERS that:

1. The settlement payment to Plaintiff in the amount of $18,666.67 is approved;

2. The payment of attorneys' fees and costs to Plaintiff's attorneys in the amount of $9,333.33 is approved; and

3. This action is dismissed with prejudice and without costs to any party, other than to the extent set forth in the parties' settlement agreement and herein approved.

Dated: New York, New York
       October 17, 2018

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge